**Gregory BUONOCORE, individually and dba Buonocore Distributing, Petitioner,**

v.

**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, Respondent.**

No. 99–71022.

ATF No. 27–CFR–140.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 15, 2001.

Decided Feb. 23, 2001.

Before ALARCÓN, KOZINSKI and HAWKINS, Circuit Judges.

MEMORANDUM *

The Secretary of the Treasury did not issue an order "denying an application for, or suspending, revoking, or annulling, a basic permit." 27 U.S.C. § 204(h). We therefore lack jurisdiction over Buonocore's petition.

PETITION FOR REVIEW DISMISSED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

